UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

AVON WHOLESALE SUPPLY, INC.        :

vs.        :

MONMOUTH REALTY COMPANY,
B. D. NIMS LUMBER COMPANY,
RICHARD F. NIMS and LOIS NIMS        :   NOVEMBER 18, 2004

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, a member in good standing of the Bar of this Court, hereby moves the admission Pro Hac Vice, of C. Thomas Furniss to represent the plaintiffs in this matter. I have personally known Attorney Furniss for many years, primarily in connection with many federal criminal matters we have both been involved in as members of the Criminal Justice Act Panel for the United States District Court for the District of Connecticut. I believe him to be a competent, well-trained and experienced attorney who will exhibit a high degree of professionalism in his handling of this matter. Attached is an Affidavit of Attorney Furniss as to his bar membership and good standing status.

David J. Wenc Esq.
Bar #549400
734 Bliss Road, Suite 1-A
Longmeadow MA 01106