UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION



AVON WHOLESALE SUPPLY, INC.          :

vs.                                  :

MONOUTH REALTY COMPANY,
B.D. NIMS LUMBER COMPANY,
RICHARD F. NIMS AND LOIS NIMS        :   NOVEMBER 17, 2004

### AFFIDAVIT OF C. THOMAS FURNISS

STATE OF CONNECTICUT)
                    ) ss.    Hartford        November 17, 2004
COUNTY OF HARTFORD  )

Personally appeared before me C. Thomas Furniss of Rocky Hill, Connecticut, personally known to be the person whose name is subscribed hereinbelow who, being duly sworn, did depose and say:

1. I am the President of Furniss & Quinn, P.C., a professional corporation organized and existing under the laws of the State of Connecticut.

2. This Affidavit is made in connection with a Motion for my Admission Pro Hac Vice to the Bar of this Court so that I might represent the plaintiffs in the above-captioned matter.

3. I have never been convicted of a crime.

4. I have never resigned from or been reprimanded, suspended, placed on inactive status or disbarred from the practice of law anywhere.

5. No grievance is pending against me anywhere.

6. I am a member in good standing of the bars of the following Courts, with the dates of admission indicated:

      Superior Court - State of Connecticut:  September 12, 1972

      United States District Court - District of Connecticut:  September 10, 1973

United States District Court - District of Connecticut: September 10, 1973

United States Court of Appeals - the Second Circuit: September 14, 1973

*C. Thomas Furniss*

Subscribed and sworn to before me this ____
day of November, 2004.

*Carol C. Cichowicz*
Notary Public-State of Connecticut
My Commission expires 12/31/2005