UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-30227-KPN

| | |
|---|---|
| AVON WHOLESALE SUPPLY, INC. ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| MONMOUTH REALTY COMPANY, ) | |
| B.D. NIMS LUMBER COMPANY, ) | |
| RICHARD F. NIMS and LOIS NIMS ) | |

Please enter my appearance for the Defendants, Monmouth Realty Company, B.D. Nims Lumber Company, Richard F. Nims and Lois Nims, in the above-referenced civil action.

Respectfully, submitted, THE DEFENDANTS,
MONMOUTH REALTY COMPANY, B.D. NIMS
LUMBER COMPANY, RICHARD F. NIMS and
LOIS NIMS, by their attorney,

MARK E. DRAPER, ESQUIRE
BBO #134540
Annino, Draper & Moore, P.C.
1500 Main Street, Suite 2504
P.O. BOX 15428
Springfield, MA 01115-5428
Telephone (413) 732-6400
Telecopier (413) 732-3339

## CERTIFICATE OF SERVICE

I Mark E. Draper, Esq., attorney for the Defendants, Monmouth Realty Company, B.D. Nims Lumber Company, Richard F. Nims and Lois Nims, hereby certify that on this *12TH* day of *January 2005*, I served a copy of the foregoing: **Notice of Appearance** by mailing a copy of same via first class mail, postage prepaid, to the parties of record:

C. Thomas Furniss, Esquire
**FURNISS & QUINN, P.C.**
248 Hudson Street
Hartford, CT 06106

David J. Wenc, Esquire
734 Bliss Road, Suite 1-A
Longmeadow, MA 01106

_____
Mark E. Draper, Esquire