UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AVON WHOLESALE SUPPLY, INC., )
        Plaintiff )
)
v. )
) Civil Action No. 04-30227-KPN
)
MONMOUTH REALTY COMPANY, )
B.D. NIMS LUMBER COMPANY, )
RICHARD F. NIMS and LOIS NIMS, )
        Defendants )

SCHEDULING ORDER
January 24, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on January 21, 2005:

1. The parties shall complete their automatic disclosures and shall be allowed to amend their pleadings by February 22, 2005.

2. All written discovery shall be served by March 31, 2005.

3. Non-expert depositions shall be completed by June 1, 2005.

4. Counsel shall appear for a case management conference on June 13, 2005, at 10:30 a.m. in Courtroom Three.

5. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 15, 2005, and depositions of such experts shall be completed by July 15, 2005.

6. Defendants shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by September 1, 2005, and depositions of such experts shall be completed by September 30, 2005.

IT IS SO ORDERED.

DATED: January 24, 2005

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge