UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 04-30227-KPN

| | |
|---|---|
| AVON WHOLESALE SUPPLY, INC. ) | |
| ) | |
| v. ) | CERTIFICATION PURSUANT TO |
| ) | LOCAL RULE 16.1 |
| MONMOUTH REALTY COMPANY, ) | |
| B.D. NIMS LUMBER COMPANY, ) | |
| RICHARD F. NIMS and LOIS NIMS ) | |

Pursuant to Rule 16.4, the Defendants, Monmouth Realty Company, B.D. Nims Lumber Company, Richard F. Nims and Lois Nims and its counsel certify that:

1. They have discussed both the cost of litigating this case, as well as the cost of various mediation services offered by the Federal Court pursuant to the Local Rules; and,

2. They have discussed the possibility of resolving this claim through the use of the alternative dispute resolution programs available under the Local Rules.

MONMOUTH REALTY COMPANY

By: _____
    RICHARD F. NIMS
Its: FORMER PRESIDENT

B.D. NIMS COMPANY

By: _____
    RICHARD F. NIMS
Its: FORMER PRESIDENT

_____
Richard F. Nims

_____
Lois Nims


_____
MARK E. DRAPER, ESQUIRE
BBO #134540
Annino, Draper & Moore, P.C.
1500 Main Street, Suite 2504
P.O. BOX 15428
Springfield, MA 01115-5428
Telephone (413) 732-6400
Telecopier (413) 732-3339


## CERTIFICATE OF SERVICE

I Mark E. Draper, Esq., attorney for the Defendants, Monmouth Realty Company, B.D. Nims Lumber Company, Richard F. Nims and Lois Nims hereby certify that on this 22nd day of _____ 2005, I served a copy of the foregoing: Certification Pursuant to Rule 16.1 by mailing a copy of same via first class mail, postage prepaid, to the parties of record:

C. Thomas Furniss, Esquire
**FURNISS & QUINN, P.C.**
248 Hudson Street
Hartford, CT 06106

_____
Mark E. Draper, Esquire

2