UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AVON BUILDING SUPPLY, et al.,<br>Plaintiff | )<br>)<br>)<br>) |  |
| v. | )<br>)<br>) | Civil Action No. 04-30227-MAP |
| MONMOUTH REALTY CO., et al.,<br>Defendants | )<br>)<br>) |  |

SETTLEMENT ORDER OF DISMISSAL
March 1, 2005

The court, having been advised on February 18, 2005, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk