UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

AVON WHOLESALE SUPPLY, INC.

vs.

MONMOUTH REALTY COMPANY,
B.D. NIMS LUMBER COMPANY,
RICHARD F. NIMS and LOIS NIMS

: MARCH 24, 2005

## MOTION TO EXTEND SETTLEMENT OR DIMISSAL ORDER

The Plaintiff, acting herein by its undersigned counsel, hereby represents to and moves the Court as follows.

The Plaintiff reported to the Court by telephone in late February of 2005 that this matter had been settled by the parties, with the terms having been fully discussed and agreed to in principal, but that a certain amount of time would be necessary in order to reduce the terms to writing, especially inasmuch as there is a closely-related suit, also pending in this Court, which was being settled in conjunction with this one and another claim, not part of a law suit, which was being settled as well. On or about March 1, 2005, the Court, sua sponte, entered a thirty-day Settlement or Dismissal Order. It is believed that the Order expires on or about April 1, 2005. While the parties have, for the last three (3) weeks, exchanged drafts of a global settlement agreement which is very near finalization and execution, it may not be possible for the final document to be fully executed, and a Dismissal of this action filed as called for, before April 1, 2005.

Therefore, having consulted telephonically on this date with counsel for the Defendants and gotten his permission to so represent, it is represented that the Plaintiff and the Defendants jointly request that the Settlement or Dismissal Order be extended for an additional thirty (30)

days beyond the date on which it is currently due to expire.

                        **PLAINTIFF**
                        **AVON WHOLESALE SUPPLY, INC.**

                        BY _/s/_____

                        C. Thomas Furniss, Its Attorney

                        Fed Bar #ct00028
                        Furniss & Quinn P.C.
                        248 Hudson St.
                        Hartford CT 06106

                        (860) 527-2245

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 7th day of March, 2005 to:

Mark E. Draper Esq.
Louis S. Moore Esq.
Annino Draper & Moore P.C.
1500 Main St, Suit 2504
Springfield MA 01115-5428

Attorney Rosanna Sattler
Posternak Blanksetin & Lund LLP
800 Boylston St
Boston MA 02199-8004

Attorney David J. Wenc
Wenc Law Offices
44 Main St.
Windsor Locks CT 06096-0306

C. Thomas Furniss

C:\CTFurniss\S&HDoW.CertServ.doc