UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| AVON WHOLESALE SUPPLY, INC., | ) |
| Plaintiff, | ) |
| v. | ) 04CV30227-KPN |
| MONMOUTH REALTY COMPANY, B.D. NIMS LUMBER COMPANY, RICHARD F. NIMS and LOIS NIMS | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, by their authorized undersigned representatives, hereby stipulate and agree that the above-captioned action shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees, and waiving all rights of appeal.

Respectfully submitted,
THE AVON BUILDING SUPPLY
COMPANY and AVON WHOLESALE
SUPPLY, INC.,

By their attorneys,

_/s/ C. Thomas Furniss_
C. Thomas Furniss, CT#00028
FURNISS & QUINN P.C.
248 Hudson St.
Hartford, CT 06106
(860) 527-2245

Dated: April 26, 2005

MONMOUTH REALTY COMPANY,
B.D. NIMS LUMBER COMPANY,
RICHARD F. NIMS and LOIS NIMS

By their attorneys,

_/s/ Mark E. Draper_
Mark E. Draper, BBO #134540
Louis S. Moore, BBO #353050
ANNINO, DRAPER & MOORE
1500 Main Street, Suite 2504
Springfield, MA 01115
(413) 732-6400

Dated: April 25, 2005